Same case below, 378 Fed. Appx. 356.

**No. 10-10045. Larry Edward Hendricks, Petitioner v. Alan Wilson, Attorney General of South Carolina, et al.**

564 U.S. 1024, 131 S. Ct. 3033, 180 L. Ed. 2d 855, 2011 U.S. LEXIS 4709.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 282.

**No. 10-10052. Steven Ray Shelton, Petitioner v. Jacquelyn Banks, Warden.**

564 U.S. 1024, 131 S. Ct. 3033, 180 L. Ed. 2d 855, 2011 U.S. LEXIS 4597.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10069. Fred Elmer Jones, Jr., Petitioner v. Karrie Jones Harmon.**

564 U.S. 1024, 131 S. Ct. 3034, 180 L. Ed. 2d 855, 2011 U.S. LEXIS 4769.

June 20, 2011. Petition for writ of certiorari to the Court of Appeals of Missouri, Eastern District, denied.

Same case below, 329 S.W.3d 396.

**No. 10-10070. Janis Lee Schmidt, Petitioner v. Warwick Public School District #29, et al.**

564 U.S. 1024, 131 S. Ct. 3034, 180 L. Ed. 2d 855, 2011 U.S. LEXIS 4708.

June 20, 2011. Petition for writ of certiorari to the Supreme Court of North Dakota denied.

Same case below, 795 N.W.2d 37.

**No. 10-10071. Kyle Allen, Petitioner v. Massachusetts.**

564 U.S. 1024, 131 S. Ct. 3034, 180 L. Ed. 2d 855, 2011 U.S. LEXIS 4684.

June 20, 2011. Petition for writ of certiorari to the Superior Court of Massachusetts, Essex County, denied.

**No. 10-10072. Mark C. Arflack, Petitioner v. Henderson County, Kentucky, et al.**

564 U.S. 1025, 131 S. Ct. 3034, 180 L. Ed. 2d 855, 2011 U.S. LEXIS 4746.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 412 Fed. Appx. 829.

**No. 10-10074. Jason Mency, Petitioner v. Superior Court of California, Los Angeles County, et al.**

564 U.S. 1025, 131 S. Ct. 3034, 180 L. Ed. 2d 855, 2011 U.S. LEXIS 4654.

June 20, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-10076. Anthoney D. Lynch, Petitioner v. California.**

564 U.S. 1025, 131 S. Ct. 3034, 180 L. Ed. 2d 855, 2011 U.S. LEXIS 4731.

June 20, 2011. Petition for writ of certiorari to the Supreme Court of California denied.